# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:   
LEANDREA MICHELL BROOKS

CHAPTER 13

CASE NO.  13-75204-MHM

DEBTOR

## AMENDED NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW ADAM M. GOODMAN, CHAPTER 13 TRUSTEE, and files this Amended Notice that he remitted to the Registry of the Clerk of the United States Bankruptcy Court the amount of $1366.25 on behalf of State Court of Fulton County, Georgia. These funds were remitted to the Registry because the State Court of Fulton County, Georgia has not claimed the funds. See the attached Exhibit "A" as to the source of the funds at issue.

## CERTIFICATE OF SERVICE

This is to certify that I have this 22nd day of January, 2015 served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

CLARK & WASHINGTON, P.C.  
3300 NORTHEAST EXPRESSWAY  
BUILDING 3, SUITE A  
ATLANTA, GA   30341

STATE COURT OF FULTON COUNTY, GEORGIA  
LITIGANT FUND  
CICELY BARBER, CHIEF CLERK  
185 CENTRAL AVE., SW. TG-100  
ATLANTA, GA   30303

CAPITAL ONE  
P.O. BOX 85520  
RICHMOND, VA.   23285

/s/ *[signature]*  
ADAM M. GOODMAN, TRUSTEE  
STATE BAR NO. 300887  
STANDING CHAPTER 13 TRUSTEE  
260 PEACHTREE STREET  
SUITE 200  
ATLANTA, GA   30303

Case 13-75204-mhm    Doc 29    Filed 01/22/15    Entered 01/22/15 14:18:23    Desc
Page 2 of 6

# EXHIBIT

# A

| | | 424727 |
|---|---|---|
| STATE COURT OF FULTON COUNTY, GEORGIA LITIGANTS FUND<br>CICELY BARBER, CHIEF CLERK<br>185 CENTRAL AVE., SW, STE. TG-100<br>ATLANTA, GA 30303 | FIDELITY BANK<br>64-240/611<br>103 | |
| PAY TO THE ORDER OF ADAM M GOODMAN | | 01/14/2014<br>$ 1,366.25 |

One thousand three hundred sixty-six and 25/100 ********************************************************* DOLLARS

NOT VALID AFTER 90 DAYS

*C Barber*
AUTHORIZED SIGNATURE

⑈424727⑈ ⑆061102400⑇ 02 02100 2⑈

---

**424727**

STATE COURT OF FULTON COUNTY, GEORGIA    LITIGANTS FUND
01/14/2014    Pay To:    ADAM M GOODMAN                                              $1,366.25

| Case Number | Case Style | Amount |
|---|---|---|
| 13GC210948 | CAPITAL ONE VS BROOKS, LEANDREA M | $1,366.25 |
| | Garnishment Court Costs | $51.50 |
| | Garnishment Principle | $1,314.75 |

ADAM M GOODMAN
TRUSTEE
260 PEACHTREE ST
STE 200
ATLANTA GA 30303