# United States Bankruptcy Court
## Northern District of Georgia
1340 U.S. COURTHOUSE
75 SPRING STREET S.W.
ATLANTA, GEORGIA 30303

**M. REGINA THOMAS**
CLERK OF COURT

**FRED CHILDERS**
CHIEF DEPUTY CLERK

February 13, 2015

Brian J. Dilks
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, Washington 98065

Reference: Application for Unclaimed Funds
Case No: 13-75204
Debtor: Leandrea Michelle Brooks
Creditor: State Court of Fulton County, Georgia

Dear Mr. Dilks:

    Reference is made to your Application for Payment of Unclaimed funds in the amount of $1,366.25 for Leandrea Michelle Brooks.

    In order to process your Application, all documents must be fully completed with accurate data. The creditor in this case is State Court of Fulton County, Georgia. Please submit **Amended** documentation showing the appropriate creditor.

    We will continue to process your Application upon receipt of the above mentioned information. Please feel free to contact Jessica Laney, Financial Specialist, at (404)215-1083 if we can be of further assistance.

Sincerely,

Fred Childers
Chief Deputy Clerk

FC/jll

Enclosures